UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSOGZOLMAA GANBOLD,<br><br>Petitioner(s),<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondent(s). | CASE NO. C26-3067-KKE<br><br>DISMISSAL ORDER |

This matter comes before the Court on the parties' stipulation to dismiss the case pursuant to Federal Rule of Civil Procedure 41 without an award of costs or fees to either party. Dkt. No. 5. Accordingly, this matter is DISMISSED without prejudice and without an award of costs or fees to either party. The clerk is directed to administratively close this case.

Dated this 23rd day of September, 2026.

Kymberly K. Evanson
United States District Judge